## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. LAWRENCE JOHNSON, JR.,<br>2. PHYLLIS KAY JOHNSON,<br><br>        Plaintiffs,<br><br>v.<br><br>1. CSAA FIRE & CASUALTY INSURANCE<br>    COMPANY, a foreign for profit Insurance<br>    Corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.:CIV-17-918-R<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Lawrence Johnson, Jr. and Phyllis Kay Johnson, and Defendant, CSAA Fire & Casualty Insurance Company, hereby stipulate to the dismissal of the above entitled action without prejudice to the refiling thereof.  Each side is to bear its own costs and fees.

By   s/ Michael D. McGrew
Michael D. McGrew, OBA #013167
MCGREW, MCGREW & ASSOCIATES
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone:  (405) 235-9909
Facsimile:   (405) 235-9929
mcgrewslaw@yahoo.com
**COUNSEL FOR PLAINTIFF**

/s Gerard F. Pignato
(Electronically signed by Mr. McGrew with Mr. Pignato's permission)
Gerard F. Pignato, OBA No. 11473
Pignato, Cooper, Kolker & Roberson, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:  405-606-3333
Facsimile:  405-606-3334
Email:      jerry@pclaw.org
**ATTORNEYS FOR DEFENDANT**